```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  KYLE F. WALDINGER (ILSB 6238304)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, 11th Floor
 6     San Francisco, California 94102
       Telephone: (415) 436-6830
 7     Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 3-12-70937 EDL |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING |
| MARCO ANTONIO CHAVOYA OCHOA, | ) |
| Defendant. | ) |

The parties hereby stipulate and agree, and do so request, that the detention hearing currently set for August 23, 2012, at 9:30 a.m. be continued to August 24, 2012, at 9:30 a.m. In support of their request, the parties state as follows:

1. The defendant made his initial appearance on the Complaint in this case before the Honorable Nandor J. Vadas on August 17, 2012. The United States moved for detention at that time. The Court set a detention hearing for August 23, 2012.

2. Counsel for the United States now has a conflict with that appearance time. The parties have discussed this matter, and the defendant has no objection to continuing the detention hearing one day to August 24, 2012.

3. Accordingly, for the reasons stated above, the parties jointly request that the

STIP. & [PROPOSED] ORDER
CR 3-12-70937 EDL

1 | Court continue the detention hearing from August 23, 2012, to August 24, 2012.

3 | SO STIPULATED.

4 | DATED: August 22, 2012      MELINDA HAAG
  United States Attorney

6 |      /s/
  KYLE F. WALDINGER
  Assistant United States Attorney

9 | DATED: August 22, 2012      /s/
  RITA BOSWORTH
  Counsel for defendant MARCO ANTONIO CHAVOYA OCHOA

12 | [~~PROPOSED~~] ORDER

13 |      For the reasons stated above, it is ORDERED that the detention hearing scheduled for August 23, 2012, is continued to August 24, 2012.

16 | DATED: August 22, 2012

*/s/ Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP. & [PROPOSED] ORDER
CR 3-12-70937 EDL      -2-